Form 19 - SECRETARY OF STATE - 306

ERIK H. LANGELAND, P.C
ATTN:

| U.S. EASTERN DIST. COURT | NEW YORK COUNTY | STATE OF NEW YORK |

Index No. **CV 07 2200**

GARY HOSKING, INDIVIDUALLY AND ON       plaintiff
BEHALF OF ALL OTHERS SIMILARLY SITUATED

Date Filed ............

- against -

Office No.

NEW WORLD MORTGAGE, INC. ETANO       defendant

Court Date:   /   /

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.   That on the
**15th   of June,  2007 at   09:15 am**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
**SUMMONS AND COMPLAINT**
**CIVIL COVER SHEET**
**UPON: NEW WORLD MORTGAGE, INC**
**the DEFENDANT** in this action, by delivering to and leaving with
**CAROL VOGT   AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40. That said service was made pursuant to Section ~~XXNXXXf XXhxxBCLx~~ 303LLC

Deponent further describes the person actually served as follows:

SEX: **FEMALE**       COLOR: **WHITE**       HAIR: **BLACK**
APP. AGE: **40**       APP. HT: **5:5**       APP. WT: **140**
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
20th  DAY OF   June, 2007t

..................................
STEVE AVERY

JOEL GOLUB
Notary Public, State of New York
No. 01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3EHL42234