Form 19 - SECRETARY OF STATE - 306
**ERIK H. LANGELAND, P.C**
**ATTN:**

| U.S. EASTERN DIST. COURT | NEW YORK COUNTY | STATE OF NEW YORK |

Index No. **CV 07 2200**

GARY HOSKING, INDIVIDUALLY AND ON         plaintiff
BEHALF OF ALL OTHERS SIMILARLY SITUATED

Date Filed ............

- against -

Office No.

NEW WORLD MORTGAGE, INC. ETANO         defendant

Court Date:   / /

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY** being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.   That on the
**15th    of June, 2007 at   09:15 am**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
**SUMMONS AND COMPLAINT**
**CIVIL COVER SHEET**
**UPON: NEW WORLD CAPITAL HOLDINGS, INC.**
**the DEFENDANT** in this action, by delivering to and leaving with
**CAROL VOGT  AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of **$40**. That said service was made pursuant to Section 306 of the BCL.

Deponent further describes the person actually served as follows:

SEX: **FEMALE**        COLOR: **WHITE**        HAIR: **BLACK**
APP. AGE: **40**        APP. HT: **5:4**        APP. WT: **140**
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
20th  DAY OF  June, 2007t                 ........................
                                          STEVE AVERY
JOEL GOLUB                                AETNA  CENTRAL  JUDICIAL  SERVICES
Notary Public, State of New York          225 BROADWAY, SUITE 1802
   No.01G04751136                         NEW YORK, NY, 10007
Qualified in NASSAU COUNTY                Reference No: 3EHL42235
Commission Expires 12/31/2009