IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
GARY HOSKING, Individually, and on Behalf of All  :
Others Similarly Situated,                         :
                                                   :
                           Plaintiff,              :
                                                   :
           vs.                                     : Civil Case No. 2:2007cv02200
NEW WORLD MORTGAGE, INC.,                          :          GLS/DRH
INC. AND                                           :
NEW WORLD CAPITAL                                  :
HOLDINGS, INC.                                     :
                                                   :
                           Defendants.             :
---------------------------------------------------------- :
                                                   X

## AFFIDAVIT OF ERIK H. LANGELAND

Erik H. Langeland, under the pains and penalties of perjury, states as follows:

1. I am the attorney for Gary Hosking, individually and on behalf of all other similarly situated plaintiffs ("Plaintiffs"), in this case. I submit this Affidavit in support of Plaintiffs' Request For Default Judgment under Fed. R. Civ. P. 55(a) and Local Civil Rule 55.1.

2. Plaintiffs commenced this action on May 31, 2007 by filing a summons and complaint. A copy of the summons and complaint were served on Defendants New World Mortgage, Inc. and New World Capital Holdings, Inc., on June 15, 2007. New World Mortgage, Inc. and New World Capital Holdings, Inc., did not file an Answer to this Complaint.

3. Attached hereto as Exhibit A is a true and accurate copy of the Affidavit of Service on New World Mortgage, Inc. and New World Capital Holdings, Inc.. Neither New

1

World Mortgage, Inc. nor New World Capital Holdings, Inc., filed an Answer or any responsive pleading to Plaintiff's Summons and Complaint in the time allotted by the F.R.C.P.

4. Plaintiff properly served Defendants New World Mortgage, Inc. and New World Capital Holdings, Inc by serving an agent authorized by appointment or by law to receive service of process in accordance with F.R.C.P. Rule 4. Exhibit A.

5. Plaintiff filed proof of service on New World Mortgage, Inc. and New World Capital Holdings, Inc on June 29, 2007. A true and accurate copy each Notice of Electronic Filing is attached as Exhibit B.

6. Neither New World Mortgage, Inc. nor New World Capital Holdings, Inc., are infants or an incompetent persons.

7. Neither New World Mortgage, Inc. nor New World Capital Holdings, Inc. are in the military service.

WHEREFORE, your affirmant respectfully requests that this Court enter a judgment by default against Defendants New Worlds Mortgage, Inc. and New World Capital Holdings, Inc. and grant Plaintiffs costs and attorneys fees and such other and further relief as this Court deems just and proper.

Dated: New York, New York
July 18, 2007

/s/ Erik H. Langeland
Erik H. Langeland
500 Fifth Avenue, Suite 1610
New York, NY 10110
(212) 354-6270
(212) 898-9086 (Fax)
elangeland@langelandlaw.com