

# D&L Dandeneau & Lott
### Attorneys at Law

425 Broadhollow Road
Suite 418
Melville, New York 11747

(631) 454-0606
Fax (631) 454-9250
www.danlottlaw.com

Gerald V. Dandeneau, P.C.
GVDand@aol.com

Dawn A. Lott, P.C.
Lottari@aol.com

September 11, 2007

**VIA ECF & REGULAR MAIL**
The Honorable Arlene R. Lindsay
United States Magistrate Judge
1020 Federal Plaza
Central Islip, New York 11722

    Re: Hosking, et. al. v. New World
        Capital Holdings, Inc., at al.
        <u>Docket CV 2007-2200</u>

Dear Judge Lindsay:

    The undersigned is the attorney for New World Capital Holdings, Inc., one of the defendants in the above referenced matter. In accordance with my conversation of this date with your Chambers and as a result of the Decision and Order of Judge Spatt dated September 10, 2007, vacating the July 30, 2007 Clerk's Default against my client, on behalf of my client I hereby withdraw my request for an adjournment of the inquest scheduled for September 14, 2007.

    Thanking you for your courtesies herein, I remain

                                Very truly yours,

                                GERALD V. DANDENEAU

c. Erik Langeland, Esq. (Via ECF)
   Richard Harrison, Esq. (Via ECF)