UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

GARY HOSKING, individually and on behalf
of all other similarly situated,

                Plaintiff,

                                                      **ORDER**
       v.                                                   07-CV-2200 (MKB)

NEW WORLD MORTGAGE, INC., NEW
WORLD CAPITAL HOLDINGS, INC.,
EDWARD MUNTEANU, KEVIN LEONARD
and FRANCIS LEONARD,

                Defendants.

----------------------------------------------------------------x

MARGO K. BRODIE, United States District Judge:

       Plaintiff Gary Hosking filed the above-captioned action against Defendants New World Mortgage, Inc., New World Capital Holdings, Inc. ("New World Capital"), Edward Munteanu, Kevin Leonard and Francis Leonard (the "Defendants"), alleging violations of the Fair Labor Standards Act ("FLSA"). Default judgments were entered against defendants New World Mortgage, New World Capital and Munteanu. On October 19, 2012, Plaintiff filed a motion for damages. The motion was referred to Magistrate Judge Lindsay. On December 20, 2012, Magistrate Judge Lindsay filed a Report & Recommendation ("R&R"), recommending that this Court deny Plaintiff's motion for damages. Plaintiff timely filed an objection to the R&R. However, Plaintiff did not actually object to any specific portion of the R&R. Plaintiff only objected to the R&R to the extent that he was not allowed an opportunity to submit additional documents.

This Court has reviewed the R&R, and, finding no clear error, the Court adopts the R&R pursuant to 28 U.S.C. § 636(b)(1).  Plaintiff's motion for damages is denied.  However, Plaintiff can submit the following within 30 days:  (1) the dates of employment of the opt-in plaintiffs, and (2) supporting documentation regarding attorneys' fees.  This matter is referred to Magistrate Judge Lindsay upon the submission of the above information by Plaintiff for further review and consideration.

SO ORDERED:

_____s/MKB_____
MARGO K. BRODIE
United States District Judge

Dated: January 8, 2013
       Brooklyn, New York